IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| GEORGIA ATLAS, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 1:21-cv-03520-SDG |
| | ) | |
| ANDREW L. TURNAGE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT**

**COME NOW** the Defendants, Andrew L. Turnage, in his official capacity as Executive Director of the Georgia Access to Medical Cannabis Commission, and Christopher Edwards, in his official capacity as Commissioner of the Georgia Access to Medical Cannabis Commission, (collectively the "Defendants"), by and through counsel, and, without waiving any defenses available to them under state or federal law (including but not limited to jurisdictional or service defenses), pursuant to Fed. R. Civ. P. 12(b)(1) and (b)(6), move this Court to dismiss all of the claims that Plaintiffs have asserted against them in their Amended Complaint. Defendants' brief in support of this Motion is filed contemporaneously herewith.

This 17th day of November, 2021.

                    Respectfully submitted,

                    CHRISTOPHER M. CARR    112505
                    Attorney General

                    MARGARET K. ECKROTE    238709
                    Deputy Attorney General

                    DANIEL WALSH             735040
                    Senior Assistant Attorney General

                    /s/ Jeffrey W. Stump
                    JEFFREY W. STUMP        690425
                    Senior Assistant Attorney General

Georgia Department of Law
40 Capitol Square, S.W.
Atlanta, GA  30334-1300
Tel: (404) 458-3385
Email: jstump@law.ga.gov

# **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with Local Rule 5.1(B) in 14-point New Times Roman type face.

This the 17th day of November, 2021.

/s/ Jeffrey W. Stump_____
JEFFREY W. STUMP            690425
Senior Assistant Attorney General

# CERTIFICATE OF SERVICE

I hereby certify that I have this 17th day of November, 2021, filed the foregoing, **DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT,** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Jerome D. Lee
Taylor Lee & Associates LLC
6855 Jimmy Carter Boulevard
Building 2100, Suite 2150
Norcross, Georgia 30071

This 17th Day of November, 2021.

s/ Jeffrey W. Stump
Jeffrey W. Stump          690425
Senior Assistant Attorney General

Georgia Department of Law
40 Capitol Square, S.W.
Atlanta, GA 30334-1300
Tel: (404) 458-3385
Email: jstump@law.ga.gov